# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCOTT J. SHERR and<br>NANCY HORISK-SHERR,<br><br>  Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | Case No. 1:24-cv-00020 |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Upon consideration of the *Joint Motion for Extension of Time to Respond to Complaint*, for good cause shown, it is hereby:

**ORDERED** that the Joint Motion for Extension of Time to Respond to Complaint is **GRANTED**; and it is further

**ORDERED** that the United States' deadline to respond to the complaint is extended by 45 days, through and including June 3, 2024.

Dated: April 19, 2024

_____
**HON. GREGORY B. WILLIAMS**
**United States District Judge**